UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

JEFFREY WILLIAMS,

                              Plaintiff,

              - against –

16 BEDFORD CORP., ET AL.,

                            Defendants.

_____

                                    25-cv-10124 (JGK)

                                  ORDER

JOHN G. KOELTL, District Judge:

The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **March 25, 2026.** If service is not made by March 25, 2026, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           March 11, 2026

                                  John G. Koeltl
                          United States District Judge