UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JEFFREY WILLIAMS,

                        Plaintiff,

          - against -

16 BEDFORD CORP., ET AL.,

                    Defendants.
_____

                              25-cv-10124 (JGK)

                              ORDER

JOHN G. KOELTL, District Judge:

    The time for the defendants to answer is extended to

**April 13, 2026.** The plaintiff is directed to serve this Order on

the defendants by **April 1, 2026,** and to file proof of service on

the docket by **April 3, 2026.**


SO ORDERED.

Dated:    New York, New York
           March 30, 2026

                                John G. Koeltl
                        United States District Judge