UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFREY WILLIAMS,

                                    Plaintiff(s)

                                                                    25 civ 10124 (JGK)

            -against-

16 BEDFORD CORP., et al,

                                    Defendant(s).
-----------------------------------------------------------------X

                                    **ORDER**

        The conference for Wednesday, April 15, 2026, at 3:00pm, is canceled.

**SO ORDERED.**

                                            _____
                                                **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          April 9, 2026