UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

JEFFREY WILLIAMS,

                    Plaintiff,

       - against -

16 BEDFORD CORP., ET AL.,

                  Defendants.
———————————————————————

25-cv-10124 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the defendant to respond to the complaint is extended to **April 30, 2026.** If the defendant fails to respond to the complaint by that date, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **May 14, 2026.**

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **April 21, 2026.**

SO ORDERED.

Dated:    New York, New York
           April 16, 2026

                               John G. Koeltl
                    United States District Judge