

## LAW OFFICE OF
# GABRIEL A. LEVY, P.C.

**1129 Northern Boulevard. Suite 404, Manhasset, NY 11030** ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

May 8, 2026

Hon. Judge John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

_John G. Koeltl, U.S.D.J._

5/8/26

RE:    **WILLIAMS v. 16 BEDFORD CORP., et al.**
       **DOCKET NO. 1:25-cv-10124**

Dear Judge Koeltl:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to request a 30-day extension of time to move for default judgment, which is currently due by May 14, 2026 (Doc. 13). This is plaintiff's first request for an extension of this deadline.

On May 4, 2026, undersigned counsel spoke with an employee of the defendant establishment, who advised that she would relay the matter to the owners and that someone would be in touch. Although Plaintiff has not yet heard further from defendants or counsel, Plaintiff believes defendants are now aware of the lawsuit and that this brief extension will provide sufficient time for defendants to retain counsel and determine whether they intend to appear.

Undersigned counsel intends to follow up again early next week. Accordingly, Plaintiff respectfully requests a 30-day extension of the deadline to move for default judgment.

I thank the Court for its time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy