

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☎ (347) 941-4715

June 1, 2026

Hon. Judge John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> APPLICATION GRANTED.  SO ORDERED.
>
> /s/ John G. Koeltl, U.S.D.J.
> June 3, 2026
> New York, NY

RE:    **WILLIAMS v. 16 BEDFORD CORP., et al.**
       **DOCKET NO. 1:25-cv-10124**

Dear Judge Koeltl:

The undersigned represents Jeffery Williams, the plaintiff in the above referenced matter. I write to respectfully request a second 30 day extension of time to move for default judgment, which is currently due by June 12, 2026. This is Plaintiff's second request for an extension of this deadline.

As set forth in Plaintiff's prior request, Plaintiff's counsel previously spoke with an employee of the defendant establishment, who advised that the matter would be relayed to the owners. Plaintiff's counsel has continued attempting to contact Defendants in an effort to avoid unnecessary default practice.

Today, Plaintiff's counsel again spoke with an employee of the defendant establishment and was able to obtain a contact email for business operator. Plaintiff intends to use that information to follow up directly and provide Defendants one final opportunity to appear, participate, and address this matter without the need for a default judgment motion.

Accordingly, Plaintiff respectfully requests an additional 30 day extension of the deadline to move for default judgment. If Defendants fail to appear, respond, or otherwise participate within that time, Plaintiff intends to proceed with default judgment.

I thank the Court for its time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy