UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFERY WILLIAMS,

Plaintiff,

- against -

16 BEDFORD CORP.,

Defendant.

25-cv-10124 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **July 20, 2026**.

SO ORDERED.

Dated: New York, New York
July 6, 2026

John G. Koeltl
United States District Judge